UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 22-cr-20252
                                Hon. Matthew F. Leitman

DEVONTE EMBURY,

    Defendant.

_____/

## ORDER TERMINATING AS MOOT MOTION FOR PREPARATION OF SENTENCING TRANSCRIPT AT GOVERNMENT EXPENSE (ECF No. 66)

Defendant Devonte Embury has filed a motion for an order directing the preparation of the sentencing transcript at government expense. The sentencing transcript has already been prepared and filed. (*See* Transcript, ECF No. 67.) Accordingly, the motion is **TERMINATED AS MOOT**.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  March 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126